*Payne & Hale,* for plaintiff in error.

---

ALABAMA GREAT SOUTHERN RAILROAD COMPANY *v.* TATUM.

ATKINSON, J. The evidence was sufficient to authorize the verdict, and there was no error in refusing to grant a new trial.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*
MAY 12, 1915.

Action for damages. Before Judge Fite. Dade superior court. July 28, 1914.

*Payne & Hale,* for plaintiff in error. *B. T. Brock,* contra.